59 So.2d 182

**Mrs. Ruth R. CLAY v. Roy CLAY.**
**No. 40340.**

April 28, 1952.

C. B. Prothro, John A. Carstarphen, Jr., Shreveport, for defendant-appellant.

Lunn, Irion, Switzer, Trichel & Johnson, Shreveport, for plaintiff-appellee.

HAWTHORNE, Justice.

For the reasons assigned in the case of Clay v. Clay, 221 La. 254, 59 So.2d 180, the judgment appealed from is affirmed at appellant's costs.